# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| CHERYL LEMUZ,<br><br>    Plaintiff,<br><br>v.<br><br>PROFESSIONAL COLLECTION SERVICE, INC.,<br><br>    Defendant. | CV 522-006 |

## ORDER

Before the Court is the parties' joint stipulation of dismissal, dkt. no. 11, wherein they notify the Court that they wish to dismiss all claims in this action without prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims are hereby **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 9 day of May, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA